UNITED STATES DlSTRICT COURT
DISTRICT OF NEW JERSEY

OFFICE: TRENTON                                              DATE: 10/7/15
Magistrate Judge Lois H. Goodman
ESR: Digitally

TITLE OF CASE:                                               DOCKET #14-4518 LHG
UNITED STATES OF AMERICA
V.
Eric Smith

APPEARANCES
Joseph Gribko AUSA for Government
Edward C. Bertucio, Jr Retained Counsel for defendant
Robert Hyde, Pretrial Services

NATURE OF PROCEEDING: Initial Appearance

Initial appearance held.
Defendant advised of his rights, charges and penalties.
Counsel waives formal reading of the Complaint.
Waiver of preliminary hearing filed.
Ordered defendant detained and remanded to the custody of the US Marshals.

Order to follow.

Time Commenced: 3:55  p.m.
Time: Adjourned:   4:15 p.m.
Total Time:   20 minutes

*Ivannya Jimenez,*
Courtroom Deputy