UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Lois H. Goodman |
| v. | Mag. No. 14-4518 -2 |
| ERIC SMITH, | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Edward C. Bertucio, Esq., attorney for defendant Eric Smith, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the trial in the above-entitled matter, and the Court having heard argument from both parties, and for the reasons set forth on the record during the bail hearing on October 8, 2015, and for good cause shown:

IT IS, therefore, on this ___13th___ day of October 2015,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant committed to the custody of the Attorney General or his authorized representative pending the trial in the above-entitled matter;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant be afforded reasonable opportunity for private consultations with counsel;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on

request of an attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant without bail pending the trial in this matter is hereby granted, and defendant Simon is hereby ordered detained pending the trial in the above-entitled matter.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge