To: The Honorable Lois H. Goodman

From: Defendant Eric Owen Smith

Reason: Requesting Court appointed counsel

Dear Sir,

    I am Humbly requesting for a court appointed attorney to represent me in the matters Befor you in the case of United States vs Eric Owen Smith and the charges of Violating Title 21, United States code, Sections 841(a)(1) and (B)(1)(a) as well as Section 846

I Can no Longer afford my current retained counsel Mr. Edward Bertucio and Im respectfully Requesting for him to Be removed from my case and a court appointed attorney Be assigned to me as soon as possible.

I Thank you in advance.

Signed, Eric Owen Smith

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES IN THE CASE OF | ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
| ~~U.S.A~~ vs. ERIC SMITH | FOR: _____  AT: _____ |

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): ERIC OWEN SMITH

- 1 ☑ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 14-4518
District Court: _____
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

TITLE 21, UNITED STATES CODE, SECTIONS 841 (A)(1) AND (B)(2)(A)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 5/13  How much did you earn per month? $ 1,500
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them:
  - OVIAN ANDERSON — FATHER
  - ERICA DESIR-SMITH — FATHER
  - ETHAN DESIR-SMITH — FATHER

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/12/16

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Eric Smith*

Eric Smith #FP1514
Burlington County Detention Center
P.O. Box 6000
Mount Holly N.J. 08060

SOUTH JERSEY NJ 080
12 MAY 2016 PM 5 L

Honorable Lois H. Goodman
402 East State Street
Clarkson S. Fisher Federal Building
Trenton N.J. 08608

08608150799