**FREDERICK W. KLEPP, ATTORNEY AT LAW**
**601 LONGWOOD AVENUE**
**CHERRY HILL,  NEW JERSEY 08002**

**(856) 663-3344**
**(856) 663-9263 - fax**

April 4, 2017

Honorable Lois H. Goodman
United States Magistrate Judge
United States District Court
for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
Room 7050
402 East State Street
Trenton, New Jersey 08608

        RE: United States v. Eric Smith, *et al.*
            Magistrate Case  No.: 14-4518-2 (LHG)
            Release Modifications Motion

Dear Judge Goodman:

    I was appointed under the Criminal Justice Act on May 27, 2016, to represent Eric Smith. On February 1, 2017, upon my request and after a hearing before you, you ordered that Eric Smith be released from pretrial confinement subject  to certain release conditions.  On March 8, 2017, you approved and ordered modifications to Eric Smith's  Release Order  to permit with Pretrial Services approval his travel to the Essex County Welfare Department and to his doctor's office.   Please accept this letter as a motion for additional  modifications to the Order Setting Conditions of Release.

        Release from home detention as necessary and with the approval of the Pretrial Services Office to travel to the following offices and departments:

    1. Social Security Office, 970 Broad Street, Newark, New Jersey;

      2. Office of Vital Statistics, 394 University Avenue, Newark, New Jersey;

      3. Motor Vehicle Commission, 228 Frelinghuysen Avenue, Newark, New Jersey;

      4. Office of Social Services, 18 Rector Street, Newark, New Jersey.

      I have spoken to Mr. Smith's Pretrial Services Officer, Jennifer Powers, and to Assistant United States Attorney Fabiana Pierre-Louis, Esquire, about these release modifications. Neither Ms. Powers not Ms. Pierre-Louis has any objection to this motion. I request that the previous Order Setting Conditions of Release filed February 1, 2017, be modified to include these office and department visits.

      Please advise if Your Honor has any questions regarding these release modifications request.

      Respectfully,

      <u>s/Frederick W. Klepp, Esquire</u>
      Frederick W. Klepp, Attorney for Eric Smih

Copy: Fabiana Pierre-Louis, Esquire
      Assistant United States Attorney (by efiling)
      Jennifer Powers
      United States Pretrial Services Officer (by efiling)
      Eric Smith (by mail)