UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17- 333 (AET) |
| | : | |
| v. | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
| ERIC SMITH, | : | |
| a/k/a "EV," | : | RECEIVED |
| a/k/a "E" | : | |
| | : | AUG 2 4 2017 |

AT 8:30_____M
WILLIAM T. WALSH CLERK

### INFORMATION

The defendant having waived in open court prosecution by indictment, the

Acting United States Attorney for the District of New Jersey charges:

From in or about November 2013 to in or about October 2014, in

Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

ERIC SMITH,
a/k/a "EV,"
a/k/a "E,"

did knowingly and intentionally conspire and agree with others to distribute and

possess with intent to distribute a quantity of a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance,

contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

*William E. Fitzpatrick*

WILLIAM E. FITZPATRICK
Acting United States Attorney

CASE NUMBER:__17-_____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

### ERIC SMITH

# INFORMATION FOR

## 21 U.S.C. § 846

### WILLIAM E. FITZPATRICK
*ACTING U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

FABIANA PIERRE-LOUIS
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*
*(609) 989-2190*