RECEIVED

NOV 21 2018

AT 8:30
WILLIAM T. WALSH     M
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 17-333 (AET) |
| v. | : |
| | **ORDER APPROVING THE TRAVEL** |
| | : **AMENDMENT FOR FAMILY VISIT IN** |
| **ERIC SMITH**, *et al.*, | **ORDER SETTING CONDITIONS OF** |
| | : **RELEASE DATED SEPTEMBER 12, 2018** |
| **Defendant** | |

Frederick W. Klepp, Esquire, attorney for Defendant Eric Smith, requests that the Release order as modified by Order filed on September 12, 2018 be amended to allow ERIC SMITH to travel to 263 Camden Street, Newark, New Jersey, and visit his family on November 22, 2018, from 1 PM to 7 PM in celebration of Thanksgiving Day.

Assistant United States Attorney Fabiana Pierre-Louis, Esquire, and United States Pretrial Services Officer Kelly Fernandes consent to this amendment..

**IT IS HEREBY ORDERED** that The Release Order be amended as set forth above to allow the Thanksgiving Day family visit, and that ERIC SMITH be permitted to travel from 1 PM on November 22, 2018, and to return to his home not later than 7 PM on November 22, 2018. The existing Release Order as modified by Order filed September 12, 2018, will remain unchanged.

IT IS SO ORDERED THIS 21 DAY OF NOVEMBER 2018

*Anne E. Thompson*

**HONORABLE ANNE E. THOMPSON**
**UNITED STATES DISTRICT COURT JUDGE**
**FOR THE DISTRICT OF NEW JERSEY**