UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Anne E. Thompson |
| v. | Mag. No. 17-333 |
| ERIC SMITH | **ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having been opened to the Court on the joint motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant United States Attorney, appearing), and Frederick W. Klepp, Esq., attorney for defendant Eric Smith, for an order modifying the conditions of defendant Eric Smith's pretrial release to remove the condition requiring home detention with electronic monitoring and the condition requiring a third party custodian, and for good cause shown:

IT IS, therefore, on this _____11th_____ day of April 2019,

ORDERED that the February 1, 2017 Order Setting Conditions of Release as to Eric Smith be modified to remove the condition of home detention enforced with location monitoring;

IT IS FURTHER ORDERED that the February 1, 2017 Order Setting Conditions of Release as to Eric Smith be modified to remove the condition requiring a third party custodian;

IT IS FURTHER ORDERED that all the previously imposed terms and conditions of defendant's pretrial release are to remain in full force and effect.

_____
HONORABLE ANNE E. THOMPSON
United States District Judge